IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HEART FAILURE SOCIETY OF AMERICA, INC.<br>Court International, Suite 240S<br>2550 University Avenue, West<br>St. Paul, MN 55115<br>　　　　　　　　　　　*Plaintiff*,<br><br>v.<br><br>CONFERENCE SOLUTIONS, INC.,<br>20283 State Road 7, Suite 400<br>Boca Raton, Florida 33496<br><br>and<br><br>CONFERENCE SOLUTIONS, INC.<br>　a/k/a<br>CSI CONFERENCE SOLUTIONS, INC<br>246 Westview Avenue<br>Fort Lee, New Jersey 04024<br>　　　　　　　　　　　*Defendants*. | Case No. _____ |

**CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

I, the undersigned, counsel of record for Heart Failure Society of America, Inc. ("HFSA"), certify that to the best of my knowledge and belief, HFSA has no parent companies, subsidiaries, or affiliates which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

By: _____
Brian Coleman (D.C. Bar No. 459201)
DRINKER BIDDLE & REATH LLP
1500 K Street, N.W.
Suite 1100
Washington, DC 20005-1209

        Telephone: 202/842-8800
        Telecopier: 202/842-8465
        Brian.Coleman@dbr.com

*Attorney of Record for Heart Failure Society of America, Inc*

Dated: December 6, 2007