IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Heart Failure Society of America, Inc., ) | |
| Plaintiff, ) | |
| v. ) | Case No.:   1:07-cv-02205 |
| ) | Judge:      Ricardo M. Urbina |
| Conference Solutions, Inc., et al., ) | |
| Defendants. ) | |

## NOTICE OF ENTRY OF APPEARANCE

The Clerk of Court will please enter the appearance of Allen V. Farber, Esq., of Drinker Biddle & Reath LLP as additional counsel for Plaintiff in this matter.

Dated: December 11, 2007

                                                            Respectfully submitted,

                                                            DRINKER BIDDLE & REATH LLP

By: _____
                                                            Allen V. Farber
                                                           Michael McManus
                                                           Drinker Biddle & Reath LLP
                                                           1500 K Street, N.W., Suite 1100
                                                           Washington, D.C. 20005
                                                           Telephone: (202) 842-8800
                                                           Facsimile: (202) 842-8465

                                                           *Counsel for Plaintiffs*

DC01/ 534499.1