AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[*][(1)] | DATE 12/12/07 2:04 p.m. |
| NAME OF SERVER (PRINT) Douglas R. Frew | TITLE Private Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): CORPORATE SERVICE: By serving Dawn Bruner, Receptionist authorized to accept service for Ellis, Ged & Bodden, P.A.
-Service was completed at 7171 North Federal HIghway, Boca Raton, FL

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/12/07
              Date

Signature of Server

Capitol Process Services, Inc.
1827 18th Street, NW
Washington, DC 20009

*Address of Server*

 * Notice of Right to Consent to Trial Before a United States Magistrate Judge; Complaint for Interpleaser, Certificate Required by LCvR 7.1 of the Local Rules of the United States District Court for the District Of Columbia, Motion for Permission to File Complaint for Interpleader and to Deposit Funds in the Court Registry, Order Granting Motion for Permission to File Complaint for Interpleader and to Deposit Funds in the Court Registry and Initial Electronic Case Filing Order

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Heart Failure Society of America, Inc.

V.

Conference Solutions, Inc., et al.

**SUMMONS IN A CIVIL CASE**

CA

Case: 1:07-cv-02205
Assigned To : Urbina, Ricardo M.
Assign. Date : 12/6/2007
Description: Contract

TO: (Name and address of Defendant)

Conference Solutions, Inc.
20283 State Road 7
Suite 400
Boca Raton, FL 33496

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Brian Coleman, Esq.
Allen V. Farber, Esq.
Drinker Biddle & Reath LLP
1500 K Street, N.W.
Washington, D.C. 20005

an answer to the complaint which is served on you with this summons, within _20_ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

CLERK

(By) DEPUTY CLERK

DEC - 6 2007

DATE