AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 12/14/07 |
|---|---|
| NAME OF SERVER *(PRINT)* Rebecca Suzanne Dufrane | TITLE Legal Assistant |

*Check one box below to indicate appropriate method of service*

   G  Served personally upon the defendant. Place where served: _____

   G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

       Name of person with whom the summons and complaint were left: _____

   G  Returned unexecuted: _____

   XX  Other (specify):  The Summons and Complaint* were served by consent on Brian Levin, Esq. by Registered Mail, delivered and accepted on December 14, 2007, a copy of the Return Receipt is attached hereto. Mr. Levin acknowledged service on December 14, 2007 in email correspondence and by telephone conference with John Ferman, Esq. of the office of Drinker Biddle & Reath LLP.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   01/04/08 ,           _____
              Date                    *Signature of Server*

           Drinker Biddle & Reath LLP
           1500 K Street, N.W.
           Washington, D.C. 20005
           *Address of Server*

* Notice of Right to Consent to Trial Before a United States Magistrate Judge; Complaint for Interpleader; Certificate Required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia; Motion for Permission to File Complaint for Interpleader and to Deposit Funds in the Court Registry; Order Granting Motion for Permission to File Complaint for Interpleader and to Deposit Funds in the Court Registry; and Initial Case Filing Order.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Heart Failure Society of America, Inc.

**SUMMONS IN A CIVIL CASE**

V.

Conference Solutions, Inc., et al.

C.    Case: 1:07-cv-02205
Assigned To : Urbina, Ricardo M.
Assign. Date : 12/6/2007
Description: Contract

**TO:** (Name and address of Defendant)

Conference Solutions, Inc.
a/k/a CSI Conference Solutions, Inc.
246 Westview Avenue
Fort Lee, NJ 04024

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Brian Coleman, Esq.
Allen V. Farber, Esq.
Drinker Biddle & Reath LLP
1500 K Street, N.W.
Washington, D.C. 20005

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

CLERK

DEC - 6 2007

DATE

(By) DEPUTY CLERK

**SENDER:**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X [signature]  ☐ Agent ☐ Addressee

B. Received by (Printed Name) Mona Pérez   C. Date of Delivery 12-14-07

1. Article Addressed to:

Brian Levin, Esq.
Dimond Kaplan &
   Rothstein, P.A.
2665 S. Bayshore Dr.
Penthouse 2B
Miami, FL 33133

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☒ Registered   ☒ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7004 2510 0004 0864 0441

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Allen V. Farber, Esq.
Drinker Biddle & Reath LLP
1500 K Street, NW
Washington, DC 20005

HFSA