**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| HEART FAILURE SOCIETY OF AMERICA, INC, )<br>Court International, Suite 240S )<br>2550 University Avenue, West )<br>St. Paul, MN 55115 )<br>    )<br>    *Plaintiff*, )<br>    )<br>v. )<br>    )<br>CONFERENCE SOLUTIONS, INC., )<br>20283 State Road 7, Suite 400 )<br>Boca Raton, Florida 33496 )<br>    )<br>and )<br>    )<br>CONFERENCE SOLUTIONS, INC. )<br>        a/k/a )<br>CSI CONFERENCE SOLUTIONS, INC., )<br>246 Westview Avenue )<br>Fort Lee, New Jersey 04024 )<br>    )<br>    *Defendants*. ) | Case No.   07-cv-02205 (RMU) |

**DEFENDANT CONFERENCE SOLUTIONS, INC.'S**
**MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO**
**PLAINTIFF'S COMPLAINT FOR INTERPLEADER**

Defendant Conference Solutions, Inc. of Boca Raton, Florida ("Conference Solutions") respectfully moves the Court for an extension of time for Conference Solutions to answer or otherwise respond to the Plaintiff's Complaint for Interpleader. In support of its motion, Conference Solutions states the following:

1. The recent holidays and miscommunications between Conference Solutions and its counsel prevented a timely response;

2. Local representation for Conference Solutions had to be obtained;

#921982/DC2

3. Conference Solutions requests a extension, through and including January 22, 2008, to answer or otherwise respond to Plaintiff's Complaint for Interpleader;

4. Conference Solutions has not sought extensions prior to this request;

5. By requesting this extension, Conference Solutions has not waived any rights or defenses to this action and all defenses are specifically reserved; and

6. Pursuant to Local Rule LCvR 7(m), counsel for Conference Solutions and counsel for the Plaintiff have conferred but were unable to reach an agreement on this motion.

WHEREFORE, Conference Solutions respectfully requests that this Court grant the Defendant an extension of time to answer or otherwise respond to Plaintiff's Complaint for Interpleader. A proposed order is submitted herewith.

Respectfully submitted,

    */s/ Nancy R. Grunberg*
Nancy R. Grunberg  (D.C. Bar No. 380169)
LaShon K. Kell (D.C. Bar No. 483465)
VENABLE  LLP
575 7th Street, N.W.
Washington, D.C.  20004
Telephone:  (202) 344-4730
Facsimile:   (202) 344-8300

*Counsel for Defendant*
*Conference Solutions, Inc.*

Date:   January 9, 2008

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 9th day of January 2008, a true and correct copy of the foregoing *Defendant Conference Solutions, Inc.'s Motion To Extend Time To Answer Or Otherwise Respond To Plaintiff's Complaint for Interpleader and proposed Order* was served by the Court's ECF filing system on the following:

>Brian Coleman, Esquire
>Allen V. Farber, Esquire
>DRINKER BIDDLE & REATH LLP
>1500 K Street, N.W.
>Suite 1100
>Washington, D.C.  20005-1209
>
>*Counsel for Plaintiff*

                                              */s/ Nancy R. Grunberg*
                                   Nancy R. Grunberg  (D.C. Bar No. 380169)

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HEART FAILURE SOCIETY OF AMERICA, INC, )<br>Court International, Suite 240S )<br>2550 University Avenue, West )<br>St. Paul, MN 55115 )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>CONFERENCE SOLUTIONS, INC., )<br>20283 State Road 7, Suite 400 )<br>Boca Raton, Florida 33496 )<br>)<br>and )<br>)<br>CONFERENCE SOLUTIONS, INC. )<br>      a/k/a )<br>CSI CONFERENCE SOLUTIONS, INC., )<br>246 Westview Avenue )<br>Fort Lee, New Jersey 04024 )<br>)<br>*Defendants*. ) | Case No.  07-cv-02205 (RMU) |

## **[PROPOSED] ORDER**

Upon consideration of Defendant Conference Solutions, Inc.'s Motion to Extend Time to Answer or Otherwise Respond to the Plaintiff's Complaint for Interpleader, and for good cause shown, it is hereby

**ORDERED** that Defendant Conference Solutions, Inc. has until January 22, 2008 to answer or otherwise respond to Plaintiff's Complaint for Interpleader.

This extension shall not serve to waive any rights of the parties or defenses to this action and all defenses are specifically reserved by Defendant Conference Solutions.

#921982/DC2

-2-

**IT IS SO ORDERED**, this _____ day of _____ 2008.

_____
The Honorable Ricardo M. Urbina
UNITED STATES DISTRICT JUDGE

**copies to:**

Nancy R. Grunberg
LaShon K. Kell
VENABLE  LLP
575 7th Street, N.W.
Washington, D.C.  20004


Brian Coleman, Esquire
Allen V. Farber, Esquire
DRINKER BIDDLE & REATH LLP
1500 K Street, N.W.
Suite 1100
Washington, D.C.  20005-1209