UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HEART FAILURE SOCIETY OF AMERICA, INC.,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**CONFERENCE SOLUTIONS, INC.** and )<br>**CSI CONFERENCE SOLUTIONS, INC.,** )<br>)<br>**Defendants.** ) | Case No.   07-CV-02205 (RMU) |

## MOTION FOR ADMISSION *PRO HAC VICE* OF
## HOWARD D. DUBOSAR

Pursuant to Local Rule 83.2(c) of the United States District Court for the District of Columbia, Nancy R. Grunberg, a member of the Bar of this Court, and an attorney of record for Defendant Conference Solutions, Inc. of Boca Raton, Florida ("Conference Solutions") in this action, hereby moves the admission *pro hac vice* of Howard D. DuBosar, Esq. to participate in the action on behalf of Defendant CSI.  In support of this request, Movant states as follows:

1. Howard D. DuBosar is an attorney duly licensed to practice law, having been admitted to practice in the State of Florida in 1987.

2. Mr. DuBosar is a member of the law firm of DuBosar & Perez, P.A., with offices at 120 East Palmetto Park Road, Suite 100, Boca Raton, Florida 33432, telephone (561-544-8980), facsimile (561-544-8988), e-mail (DuBosarH@dubolaw.com).

3. Mr. DuBosar has been admitted to the following courts, is a member in good standing in each of them, and is not currently suspended or disbarred in any of them:

| Court | Date of Admission |
|---|---|
| U.S. Court of Appeals 11th Circuit | 1989 |
| U.S. Court of Appeals 9th Circuit | 1993 |
| U.S. District Court Southern District of Florida | 1991 |
| U.S. District Court Middle District of Florida | 1995 |

4. There have been no disciplinary proceedings against Mr. DuBosar as a member of the Bar in any jurisdiction at any time; he has never been held in contempt of court, convicted of a crime, or publicly reprimanded, censured, suspended, disciplined, or disbarred by any court. Mr. DuBosar is familiar with the Local Rules of the United States District Court for the District of Columbia, the provisions of the Judicial Code which pertain to the jurisdiction of and practice in the United States District Courts, the Federal Rules of Civil Procedure and the Code of Professional Responsibility as adopted by the District of Columbia Court of Appeals.

5. During the past twenty-four (24) months, Mr. DuBosar has not appeared *pro hac vice* in the District of Columbia.

6. Mr. DuBosar has associated with, as local counsel, the undersigned, in Washington, D.C., who is a member in good standing of the District of Columbia Bar and is admitted to practice before the United States District Court for the District of Columbia, and whose office is located at 575 7th Street, N.W., Washington, D.C. 20004.

7. Pursuant to LCvR 7(m), Movant has conferred with counsel for each party that has appeared in this matter and is advised that there are no objections.

WHEREFORE, the undersigned respectfully moves this Court to admit Howard D. DuBosar to practice before this Court *pro hac vice* and to appear as counsel for Defendant Conference Solutions.

Respectfully submitted,

*/s/ Nancy R. Grunberg*
Nancy R. Grunberg  (D.C. Bar No. 380169)
LaShon K. Kell  (D.C. Bar No. 483465)
VENABLE  LLP
575 7th Street, N.W.
Washington, D.C.  20004
Telephone:  (202) 344-4000
Facsimile:   (202) 344-8300

***Counsel for Defendant***
***Conference Solutions, Inc.***

Date:   January 9, 2008

Statement of Points and Authorities

1. LCvR 83.2(c)

*/s/ Nancy R. Grunberg*
Nancy R. Grunberg

Date:   January 9, 2008

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of January 2008, a true and correct copy of the foregoing *Motion for Admission Pro Hac Vice of Howard D. DuBosar, and proposed Order* was served by the Court's ECF filing system on the following:

>Brian Coleman, Esquire
>Allen V. Farber, Esquire
>Drinker Biddle & Reath LLP
>1500 K Street, N.W.
>Suite 1100
>Washington, D.C.  20005
>
>*Counsel for Plaintiff*

                               */s/ Nancy R. Grunberg*
                              Nancy R. Grunberg

#921978/DC2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HEART FAILURE SOCIETY OF AMERICA, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CONFERENCE SOLUTIONS, INC. and )<br>CSI CONFERENCE SOLUTIONS, INC., )<br>)<br>Defendants. | Case No.   07-CV-02205 (RMU) |

# [PROPOSED] ORDER

Upon consideration of the application of Howard D. DuBosar, Esq. to appear before this Honorable Court in the above captioned matter *pro hac vice*, it is hereby

**ORDERED**, that the Motion for Admission for *Pro Hac Vice* of Howard D. DuBosar, Esq. is **GRANTED**; and it is

**FURTHER ORDERED**, that Howard D. DuBosar, Esq. be allowed to appear *pro hac vice* in the captioned matter until the conclusion of the case.

**IT IS SO ORDERED**, this _____ day of _____ 2008.

_____
The Honorable Ricardo M. Urbina
UNITED STATES DISTRICT JUDGE

#921978/DC2

-2-

**copies to:**

Nancy R. Grunberg, Esquire
LaShon K. Kell, Esquire
VENABLE  LLP
575 7th Street, N.W.
Washington, D.C.  20004


Howard D. DuBosar, Esquire
DuBosar & Perez, P.A.
120 East Palmetto Park Road
Suite 100
Boca Raton, Florida  33432


Brian Coleman, Esquire
Allen V. Farber, Esquire
Drinker Biddle & Reath LLP
1500 K Street, N.W.
Suite 1100
Washington, D.C.  20005