UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HEART FAILURE SOCIETY OF AMERICA, INC. ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | |
| ) | |
| CONFERENCE SOLUTIONS, INC., ET AL., ) | Case No.: 1:07-cv-02205 |
| ) | Judge: Ricardo M. Urbina |
| ) | |
| *Defendants*. ) | |

## NOTICE OF APPEARANCE

The Clerk of Court will please enter the appearance of Christopher Bruno, Esq. of Bruno & Degenhardt, PC as counsel for Defendant CSI Conference Solutions, Inc. in this matter.

Dated January 2, 2008

Respectfully submitted,

_____/S/_____
Christopher Bruno
D.C. Bar No.: 472860
Bruno & Degenhardt, P.C.
10615 Judicial Drive, Suite 703
Fairfax, VA 22030
Telephone: (703) 352-8960
Facsimile: (703) 352-8930