UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA/

| | |
|---|---|
| HEART FAILURE SOCIETY OF AMERICA, INC.<br>Court International, Suite 240S<br>2550 University Avenue, West<br>St. Paul, Minneapolis 55115<br><br>    *Plaintiff,*<br><br>v.<br><br>CONFERENCE SOLUTIONS, INC.,<br>20283 State Road 7, Suite 400<br>Boca Raton, Florida 33496<br><br>and<br><br>CONFERENCE SOLUTIONS, INC.,<br> a/k/a<br>CSI CONFERENCE SOLUTIONS, INC.<br>246 Westview Avenue<br>Fort Lee, New Jersey 04024<br><br>    *Defendants.* | Case: 1:07-cv-02205 |

### DEFENDANT CSI CONFERENCE SOLUTION'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO RESPOND TO THE COMPLAINT

Defendant CSI Conference Solutions, Inc. ("CSI Conference Solutions"), through the undersigned counsel, files this unopposed motion respectfully requesting to enlarge the time to respond to the Interpleader Complaint ("Complaint"). Defendant CSI Conference Solutions specifically requests that this Court enlarge the time to respond to the Complaint for a period of a least fourteen days (14) days until January 17, 2008. Counsel for Plaintiff Heart Failure of America, Inc., ("HFSA") does not oppose the Defendant CSI conference Solutions' request for an enlargement of time to respond to the

1

Complaint. In support of this motion, Defendant CSI conference Solution states the following:

1. On December 14, 2007, Defendant CSI Conference Solution was served with the Complaint in the above-referenced matter and a responsive pleading is due to be served on January 3, 2008.

2. Pursuant to an agreement between counsel, Plaintiff HFSA has agreed to grant Defendant CSI Conference Solution a fourteen (14) day enlargement of time to respond to the Complaint and to not oppose the instant motion.

3. Also pursuant to the agreement referenced in Paragraph 2 above, Defendant CSI Conference Solution has agreed not to raise any defenses to, move to dismiss, or object to, the Complaint filed by HFSA on any of the following grounds: (1) lack of subject matter jurisdiction, (2) lack of personal jurisdiction and/or (3) improper venue.

4. Based upon all of the above, it is respectfully submitted that the Court enlarge the time for Defendant CSI Conference Solution to respond to the Complaint until January 17, 2008.

WHEREFORE, Defendant CSI Conference Solution respectfully requests that the Court grant Defendant's Unopposed Motion to enlarge the time to respond to the Complaint.

Dated: January 2, 2008

                                              Respectfully submitted,

                                              _____/S/_____

                                              Christopher Bruno  
                                              D.C. Bar No.: 472860  
                                              Bruno & Degenhardt, P.C.  
                                              10615 Judicial Drive, Suite 703  
                                              Fairfax, VA 22030  
                                              Telephone: (703) 352-8960  
                                              Facsimile: (703) 352-8930

## CERTIFICATE OF CONFERENCE

Pursuant to LCvR7, the undersigned conferred with Allen Farber, Esq. and John Ferman, Esq., counsel for Plaintiff HFSA. I have been advised that Plaintiffs' counsel do not oppose this motion.

_____
Christopher Bruno

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on this 3rd day of January 2008 utilizing the ECF system in accordance with Local rule 5.4. A true and accurate copy was also sent via Facsimile on the same date to:

> John Ferman, Esq.
> Drinker, Biddle & Reath, LLP
> 1500 K Street, N.W., Suite 1100
> Washington, D.C. 2005
> Facsimile (202) 842-8465

_____
Christopher Bruno

5

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| HEART FAILURE SOCIETY OF AMERICA, INC. ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | |
| ) | |
| CONFERENCE SOLUTIONS, INC., ET AL., ) | Case: 1:07-cv-02205 |
|  ) | Judge: Ricardo M. Urbina |
| *Defendants*. ) | |

**PROPOSED ORDER GRANTING UNOPPOSED MOTION
FOR AN ENLARGEMENT OF TIME TO RESPOND TO THE COMPLAINT**

This matter comes before the Court on the Unopposed Motion of Christopher Bruno, counsel for Defendant CSI Conference Solutions, to enlarge the time to respond to the Complaint from January 3, 2008 until January 17, 2008. Being fully advised, it is

ORDERED that Defendant's Unopposed Motion is GRANTED. Defendant CSI Conference Solutions' time to file a responsive pleading to the Complaint is enlarged until January 17, 2008.

DATE:_____

_____
THE HONORABLE RICARDO M. URBINA
UNITED STATES DISTRICT JUDGE
DISTRICT OF COLUMBIA

cc:

    Christopher Bruno, Esq.
    Bruno & Degenhardt, P.C.
    10615 Judicial Drive, Suite 703
    Fairfax, VA 22030

    Allen Farber, Esq.
    Drinker, Biddle & Reath, LLP
    1500 K Street, N.W., Suite 1100
    Washington, D.C. 2005