UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HEART FAILURE SOCIETY OF AMERICA, INC.<br>Court International, Suite 240S<br>2550 University Avenue, West<br>St. Paul, Minneapolis 55115<br><br>*Plaintiff*,<br><br>v.<br><br>CONFERENCE SOLUTIONS, INC.,<br>20283 State Road 7, Suite 400<br>Boca Raton, Florida 33496<br><br>and<br><br>CONFERENCE SOLUTIONS, INC.,<br>  a/k/a<br>CSI CONFERENCE SOLUTIONS, INC.<br>246 Westview Avenue<br>Fort Lee, New Jersey 04024<br><br>*Defendants*. | Case: 1:07-cv-02205 |

### DEFENDANT CSI CONFERENCE SOLUTION'S MOTION
### FOR AN ENLARGEMENT OF TIME TO RESPOND TO THE COMPLAINT

Defendant CSI Conference Solutions, Inc. through the undersigned counsel, files this motion respectfully requesting to enlarge the time to respond to the Interpleader Complaint ("Complaint"). Defendant CSI Conference Solutions, Inc. specifically requests that this Court enlarge the time to respond to the Complaint for a period of a least twenty days (20) days, that is, until February 26, 2008. Counsel for Plaintiff Heart Failure of America, Inc., ("HFSA") does not oppose Defendant CSI Conference

Solutions, Inc.'s request for an enlargement of time to respond to the Complaint. In support of this motion, Defendant CSI Conference Solutions, Inc. states the following:

1. On December 14, 2007, Defendant CSI Conference Solutions, Inc. was served with the Complaint in the above-referenced matter and a responsive pleading was due to be served on January 3, 2008.

2. Pursuant to an agreement between counsel, Plaintiff HFSA agreed to grant Defendant CSI a fourteen (14) day enlargement of time to respond to the Complaint and to not oppose the motion.[1]

3. Also pursuant to the agreement referenced in Paragraph 2 above, Defendant CSI has agreed not to raise any defenses to, move to dismiss, or object to, the Complaint filed by HFSA on any of the following grounds: (1) lack of subject matter jurisdiction, (2) lack of personal jurisdiction and/or (3) improper venue.

4. Accordingly, a response to the Complaint was originally due by January 17, 2008.

5. Then, another motion for enlargement was filed on January 18, 2008 and later granted by way of a minute order, enlarging the time to respond to the complaint until February 6, 2008.

6. However, due to scheduling conflicts and the press of other matters, the undersigned will not be able to respond to the Complaint by that date.

7. Accordingly, CSI Conference Solutions, Inc. requires at least an additional twenty (20) day to respond to the Complaint.

---

[1] Please be advised that this Motion was filed on January 3, 2008, which would have extended the time to answer until January 17, 2008 by the undersigned, but due to technical problems and administrative difficulties, was not reflected on the docket. However, the undersigned worked diligently with the clerks, who were quite patient and understanding, and due to their efforts, we have been able to rectify the situation. In addition, please be advised that Plaintiff's counsel is aware of the difficulties with filing the original motion for enlargement of time.

8. Counsel for HFSA does not oppose this motion.

9. Based upon all of the above, it is respectfully submitted that the Court enlarge the time for Defendant CSI Conference Solutions, Inc. to respond to the Complaint until February 26, 2008.

WHEREFORE, Defendant CSI Conference Solutions, Inc. respectfully requests that the Court grant Defendant's Motion to enlarge the time to respond to the Complaint.

Dated: February 6, 2008

          Respectfully submitted,

          /s/ Christopher Bruno
          Christopher Bruno
          D.C. Bar No.: 472860
          Bruno & Degenhardt, P.C.
          10615 Judicial Drive, Suite 703
          Fairfax, VA 22030
          Telephone: (703) 352-8960
          Facsimile: (703) 352-8930

## CERTIFICATE OF CONFERENCE

Pursuant to LCvR7, the undersigned conferred with John Ferman, Esq., counsel for Plaintiff HFSA. Mr. Ferman has advised that he does not oppose the motion.

          /s/ Christopher Bruno
          Christopher Bruno

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via U.S. Mail and Facsimile this 6th day of February 2008 to:

    Allen Vern Farber, Esq.
    Drinker, Biddle & Reath, LLP
    1500 K Street, N.W., Suite 1100
    Washington, D.C. 2005
    Facsimile (202) 230-5354

    Nancy Roberts Grunberg
    VENABLE LLP
    575 7th Street, NW
    Washington, DC 20004
    (202) 344-8300

                                  /s/ Christopher Bruno
                                  Christopher Bruno

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HEART FAILURE SOCIETY OF AMERICA, INC.<br><br>*Plaintiff,*<br><br>v.<br><br>CONFERENCE SOLUTIONS, INC., ET AL.,<br><br>*Defendants.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case:1:07-cv-02205<br>)  Judge: Ricardo M. Urbina<br>)<br>) |

PROPOSED ORDER GRANTING UNOPPOSED MOTION
FOR AN ENLARGEMENT OF TIME TO RESPOND TO THE COMPLAINT

This matter comes before the Court on the Unopposed Motion of Christopher Bruno, counsel for Defendant CSI Conference Solutions, to enlarge the time to respond to the Complaint from February 6, 2008 to February 26, 2008. Being fully advised, it is

ORDERED that Defendant's Unopposed Motion is GRANTED. Defendant CSI Conference Solutions' time to file a responsive pleading to the Complaint is enlarged until February 26, 2008.

DATE:_____

_____
THE HONORABLE RICARDO M. URBINA
UNITED STATES DISTRICT JUDGE
DISTRICT OF COLUMBIA

cc:

    Christopher Bruno, Esq.
    Bruno & Degenhardt, P.C.
    10615 Judicial Drive, Suite 703
    Fairfax, VA 22030

    Allen Farber, Esq.
    Drinker, Biddle & Reath, LLP
    1500 K Street, N.W., Suite 1100
    Washington, D.C. 2005

    Nancy Roberts Grunberg
    VENABLE LLP
    575 7th Street, NW
    Washington, DC 20004