UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| HEART FAILURE SOCIETY OF AMERICA, INC.<br>Court International, Suite 240S<br>2550 University Avenue, West<br>St. Paul, Minneapolis 55115<br><br>*Plaintiff,*<br><br>v.<br><br>CONFERENCE SOLUTIONS, INC.,<br>20283 State Road 7, Suite 400<br>Boca Raton, Florida 33496<br><br>and<br><br>CONFERENCE SOLUTIONS, INC.,<br>    a/k/a<br>CSI CONFERENCE SOLUTIONS, INC.<br>246 Westview Avenue<br>Fort Lee, New Jersey 04024<br><br>*Defendants.* | Case:  1:07-cv-02205 |

### DEFENDANT CSI CONFERENCE SOLUTION'S MOTION
### FOR AN ENLARGEMENT OF TIME TO RESPOND TO THE COMPLAINT

Defendant CSI Conference Solutions, Inc. through the undersigned counsel, files this motion respectfully requesting to enlarge the time to respond to the Interpleader Complaint ("Complaint"). Defendant CSI Conference Solutions, Inc. specifically requests that this Court enlarge the time to respond to the Complaint for a period of a least twenty days (20) days, that is, until March 17, 2008. Counsel for Plaintiff Heart Failure of America, Inc., ("HFSA") does not oppose Defendant CSI Conference

Solutions, Inc.'s request for an enlargement of time to respond to the Complaint. In support of this motion, Defendant CSI Conference Solutions, Inc. states the following:

1. On December 14, 2007, Defendant CSI Conference Solutions, Inc. was served with the Complaint in the above-referenced matter and a responsive pleading was due to be served on January 3, 2008.

2. Plaintiff HFSA has agreed to several motions for enlargement of time, which this Court has granted. Pursuant to the most recent enlargement of time, an answer is due on February 26, 2008.

3. Also pursuant to the agreement referenced in Paragraph 2 above, Defendant CSI has agreed not to raise any defenses to, move to dismiss, or object to, the Complaint filed by HFSA on any of the following grounds: (1) lack of subject matter jurisdiction, (2) lack of personal jurisdiction and/or (3) improper venue.

4. However, due to scheduling conflicts and the press of other matters, the undersigned will not be able to respond to the Complaint by February 26, 2008.

5. Accordingly, CSI Conference Solutions, Inc. requires at least an additional twenty (20) day to respond to the Complaint.

6. Counsel for HFSA does not oppose this motion.

7. Based upon all of the above, it is respectfully submitted that the Court enlarge the time for Defendant CSI Conference Solutions, Inc. to respond to the Complaint until March 17, 2008.

WHEREFORE, Defendant CSI Conference Solutions, Inc. respectfully requests that the Court grant Defendant's Motion to enlarge the time to respond to the Complaint.

Dated: February 26, 2008

Respectfully submitted,

/s/ Christopher Bruno
Christopher Bruno
D.C. Bar No.: 472860
Bruno & Degenhardt, P.C.
10615 Judicial Drive, Suite 703
Fairfax, VA 22030
Telephone: (703) 352-8960
Facsimile: (703) 352-8930

## CERTIFICATE OF CONFERENCE

Pursuant to LCvR7, the undersigned conferred with John Ferman, Esq., counsel for Plaintiff HFSA. Mr. Ferman has advised that he does not oppose the motion.

/s/ Christopher Bruno
Christopher Bruno

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via U.S. Mail and Facsimile this 26th day of February 2008 to:

>Allen Vern Farber, Esq.
>Drinker, Biddle & Reath, LLP
>1500 K Street, N.W., Suite 1100
>Washington, D.C. 2005
>Facsimile (202) 230-5354
>
>Nancy Roberts Grunberg
>VENABLE LLP
>575 7th Street, NW
>Washington, DC 20004
>(202) 344-8300

/s/ Christopher Bruno
Christopher Bruno

4

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HEART FAILURE SOCIETY OF AMERICA, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| CONFERENCE SOLUTIONS, INC., ET AL., ) | Case:1:07-cv-02205 |
| ) | Judge: Ricardo M. Urbina |
| Defendants. ) | |

**PROPOSED ORDER GRANTING UNOPPOSED MOTION
FOR AN ENLARGEMENT OF TIME TO RESPOND TO THE COMPLAINT**

This matter comes before the Court on the Unopposed Motion of Christopher Bruno, counsel for Defendant CSI Conference Solutions, to enlarge the time to respond to the Complaint from February 26, 2008 to March 17, 2008. Being fully advised, it is

ORDERED that Defendant's Unopposed Motion is GRANTED. Defendant CSI Conference Solutions' time to file a responsive pleading to the Complaint is enlarged until March 17, 2008.

DATE:_____

THE HONORABLE RICARDO M. URBINA
UNITED STATES DISTRICT JUDGE
DISTRICT OF COLUMBIA

cc:

    Christopher Bruno, Esq.
    Bruno & Degenhardt, P.C.
    10615 Judicial Drive, Suite 703
    Fairfax, VA 22030

    Allen Farber, Esq.
    Drinker, Biddle & Reath, LLP
    1500 K Street, N.W., Suite 1100
    Washington, D.C. 2005

    Nancy Roberts Grunberg
    VENABLE LLP
    575 7th Street, NW
    Washington, DC 20004