IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

HEART FAILURE SOCIETY OF AMERICA, INC.    )
                                          )
                    *Plaintiff,*          )
                                          )
v.                                        )
                                          )
CONFERENCE SOLUTIONS, INC.,               )
                                          )    Case No. 07-cv-02205
                                          )         (RMU)
and                                       )
                                          )
                                          )
CSI CONFERENCE SOLUTIONS, INC             )
                                          )
                    *Defendants.*         )

## STIPULATION OF DISMISSAL

Plaintiff, Heart Failure Society of America, Inc. ("**HFSA**"), and Defendants, Conference Solutions, Inc., and CSI Conference Solutions, Inc. by their respective counsel, hereby stipulate and agree to dismissal of this matter with prejudice with each party to bear its own attorney's fees, expenses, and costs. The Clerk of the Court will please enter said dismissal on the docket and record herein as of this date.

                                          Respectfully submitted,

____/s/_____              ____/s/_____
Allen V. Farber, Esq.                     Brian Levin Esq.
Brian Coleman, Esq.                       Dimond Kaplan & Rothstein, P.A..
Drinker Biddle & Reath LLP                2665 S. Bayshore Dr.
1500 K Street, N.W., Suite 1100           Penthouse 2B
Washington, DC 20005-1209                 Miami, FL 33133
Telephone: 202/842-8800                   Telephone: (786) 999-0022
Facsimile: 202/842-8465                   Facsimile: (305) 374-1961
Allen.Farber@dbr.com                      blevin@dkrpa.com
Brian.Coleman@dbr.com                     *Counsel for Defendant, CSI Conference*
*Counsel for Plaintiff Heart Failure Society*   *Solutions, Inc.*
*of America*

NS

                                                /s/
Christopher Bruno, Esq.
Bruno & Degenhardt, P.C.
10615 Judicial Drive
Suite 703
Fairfax, VA 22030
Telephone: (703) 352-8960
Facsimile: (703) 352-8930
*Counsel for Defendant, CSI Conference Solutions, Inc.*

                                                /s/
Nancy Roberts Grunberg, Esq.
Venable LLP
575 7th Street, NW
Washington, DC 20004
Telephone: (202) 344-4730
Facsimile: (202) 344-8300
nrgrunberg@venable.com
*Counsel for Defendant, Conference Solutions, Inc.*

                                                /s/
Howard D. DuBosar, Esq.
Avi M. Zwelling, Esq.
Dubosar & Perez, P.A.
120 East Palmetto Park Road
Suite 100
Boca Raton, FL 33432
Telephone: (561) 544-8980
Facsimile: (561) 544-8988
dubosarh@dubolaw.com
*Counsel for Defendant, Conference Solutions, Inc.*

Dated: April 2, 2008

DC01/ 538818.1